UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

WALTER BRUNKE  CASE NUMBER: 09-35861
ROSE BRUNKE  CHAPTER 13
Debtors

---

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

---

COMES NOW, the Trustee, Debra L. Miller, by counsel, and for her Objection to Debtors' Plan states:

1. Debtors are making their payments via money order and are current.

2. Debtors are below median income debtors and their disposable income is determined by 11 U.S.C. §1325(b)(1)(B) using Schedule I and J.

3. Trustee objects to confirmation as Debtors' plan fails to meet the disposable income test as it does not provide for the turnover of their yearly tax refunds. To meet the disposable income test, Debtors are required to turnover yearly tax refunds over $500.00.

WHEREFORE, as the plan has yet to comply with 11 U.S.C. §1325(a) and (b) for the reasons stated above, the Trustee objects to the confirmation of the plan.

Dated: June 24, 2010                             Respectfully Submitted,

/s/ Sarah E. Willms
Staff Attorney for
Debra L. Miller, Chapter 13 Trustee
P.O. Box 11550
South Bend, IN 46634-0155
(574) 251-1493

CERTIFICATE OF SERVICE

I hereby certify that a copy of this objection was served as follows on June 24, 2010

By U.S. Mail postage prepaid:
Debtors: Walter and Rose Brunke, 211 Lakeview Drive, Michigan City, IN 46360

By electronic mail via CM/ECF:
Debtors' Attorney: Bradley Adamsky
U.S. Trustee at ustregion10.so.efc@usdoj.gov

/s/ Sarah E. Willms